UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAHOE CABIN, LLC, a Nevada limited liability company; TAHIZZLE, LLC, a Nevada limited liability company; and PATRICK K. WILLIS, TRUSTEE OF THE PATRICK K. WILLIS FAMILY TRUST DATED MARCH 28, 2000,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, an agency of the United States Department of Transportation; AMY S. FOX, Division Director, Central Federal Lands Highway Division, in her official capacity; RYAN MATHIS, Central Federal Lands Highway Division, in his official capacity; UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; FOREST SERVICE LAKE TAHOE BASIN MANAGEMENT UNIT; ERICK WALKER, in his official capacity as Forest Supervisor, Lake Tahoe Basin Management Unit; NEVADA DEPARTMENT OF TRANSPORTATION; KRISTINA SWALLOW, in her official capacity as Director of Nevada Department of Transportation; TAHOE REGIONAL PLANNING AGENCY; JOANNE MARCHETTA, in her official capacity as Executive Director of the Tahoe Regional Planning Agency; and DOES 1-25,<br><br>Defendants. | 3:22-cv-00175-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR TRPA DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>**(First Request)** |

1  Through their respective undersigned counsel, Plaintiffs TAHOE CABIN, LLC, TAHIZZLE, LLC, and PATRICK K. WILLIS, TRUSTEE OF THE PATRICK K. WILLIS FAMILY TRUST DATED MARCH 28, 2000; Defendants TAHOE REGIONAL PLANNING AGENCY and JOANNE MARCHETTA ("TRPA Defendants"); FEDERAL HIGHWAY ADMINISTRATION, AMY S. FOX, RYAN MATHIS, UNITED STATES DEPARTMENT OF AGRICULTURE, THOMAS J. VILSACK, FOREST SERVICE LAKE TAHOE BASIN MANAGEMENT UNIT and ERICK WALKER (collectively, "Federal Defendants"); and NEVADA DEPARTMENT OF TRANSPORTATION and KRISTINA SWALLOW (collectively, "State Defendants"), stipulate and agree as follows:

On June 17, 2022, the TRPA Defendants filed a Motion to Dismiss Complaint (ECF No. 18).

On July 1, 2022 Plaintiffs filed an Opposition to TRPA Defendants' Motion to Dismiss Complaint (ECF No. 24).

The TRPA Defendants' Reply to ECF No. 24 is due on July 8, 2022.

The Parties stipulate and agree that the date for the TRPA Defendants to file a Reply to Plaintiffs' Oppositions (ECF No. 24) shall be extended by one week to and including July 15, 2022.

This is the first stipulation for extension of time for the filing of the TRPA Defendants' Reply. This extension of time is necessary due to TRPA Defendants' counsel facing a number of conflicting deadlines and obligations.

///
///
///
///
///
///
///
///

The Parties represent that this stipulation is made in good faith and not for the purpose of delay.

Respectfully submitted,

| | |
|---|---|
| DATED: July 5, 2022 | DATED: July 5, 2022 |
| ALLING & JILLSON, LTD. | LEONARD LAW, PC |
| /s/ Richard McGuffin<br>RICHARD J. MCGUFFIN (SBN 12819)<br>276 Kingsbury Grade, Suite 2000<br>P.O. Box 3390<br>Lake Tahoe, NV 89449<br>(775) 588-6676<br><br>*Attorney for Plaintiffs* | /s/ Debbie Leonard<br>DEBBIE LEONARD (SBN 8260)<br>955 South Virginia Street, Suite 220<br>Reno, Nevada 89502<br>(775) 964-4656<br><br>JOHN L. MARSHALL (#6733)<br>General Counsel<br>Tahoe Regional Planning Agency<br>P.O. Box 5310<br>Stateline NV 89449-5310<br>(775) 588-4547<br><br>*Attorneys for TRPA Defendants* |

[SIGNATURE BLOCK CONTINUES ON FOLLOWING PAGE]

3

DATED: July 5, 2022

TODD KIM
ASSISTANT ATTORNEY GENERAL

*/s/ Christopher Chellis*
CHRISTOPHER CHELLIS
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington DC 2004
(202) 305-0245

JASON M. FRIERSON (SBN 7709)
Acting United States Attorney
District of Nevada
HOLLY VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438

*Attorneys for Federal Defendants*

DATED: July 5, 2022

AARON D. FORD
OFFICE OF THE ATTORNEY GENERAL

*/s/ Joe Vadala*
JOE VADALA (SBN 5158)
SHANE CHESNEY (SBN 6933)
1184 Western Avenue, Building 3
Las Vegas, NV 89102
(702) 730-3400

*Attorneys for State Defendants*

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: July 6, 2022.