Pat Lundvall (NSBN 3761)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Plaintiffs Patrick K. Willis, Trustee of the Patrick K. Willis Family Trust Dated March 28, 2000; Tahizzle, LLC and Tahoe Cabin, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAHOE CABIN, LLC, a Nevada limited liability company; TAHIZZLE, LLC, a Nevada limited liability company; and PATRICK K. WILLIS, TRUSTEE OF THE PATRICK K. WILLIS FAMILY TRUST DATED MARCH 28, 2000,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, an agency of the United States Department of Transportation; AMY S. FOX, Division Director, Central Federal Lands Highway Division, in her official capacity; RYAN MATHIS, Central Federal Lands Highway Division, in his official capacity; UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; FOREST SERVICE LAKE TAHOE BASIN MANAGEMENT UNIT; ERICK WALKER, in his official capacity as Forest Supervisor Lake Tahoe Basin Management Unit; NEVADA DEPARTMENT OF TRANSPORTATION; KRISTINA SWALLOW, in her official capacity as Director of Nevada Department of Transportation; TAHOE REGIONAL PLANNING AGENCY; JOANNE MARCHETTA, in her official capacity as Executive Director of the Tahoe Regional Planning Agency; and DOES 1-25,<br><br>Defendants. | Case No.: 3-22-cv-00175-LRH-CSD<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

Notice is hereby given that, subject to approval by the Court, Plaintiffs Patrick K. Willis, Trustee of the Patrick K. Willis Family Trust Dated March 28, 2000, Tahizzle, LLC

and Tahoe Cabin, LLC hereby authorize and consent to the substitution of Pat Lundvall and John A. Fortin of McDonald Carano LLP as attorneys of record in the above-entitled action, in the place and stead of Richard J. McGuffin and Alling & Jillson, Ltd.

I consent to the above substitution.

Dated this 7/28/2022 day of July, 2022.

*Patrick Willis* (DocuSigned)
Patrick K. Willis, Trustee of the Patrick K. Willis Family Trust Dated March 28, 2000

I consent to the above substitution.

Dated this 7/28/2022 day of July, 2022.

*Raymond Sidney* (DocuSigned)
Tahizzle, LLC

I consent to the above substitution.

Dated this 7/28/2022 day of July, 2022.

*Julie Chaiken* (DocuSigned)
Tahoe Cabin, LLC

I consent to be substituted.

Dated this 28 day of July, 2022.

ALLING & JILLSON, LTD.

Richard J. McGuffin (NSBN 12819)
276 Kingsbury Grade
P.O. Box 3390
Stateline, Nevada  89449
Telephone: 775-588-6676
email: rmcguffin@ajattorneys.com

. . .
. . .
. . .
. . .

2

1  I consent to the above substitution.

2  Dated this 28th day of July, 2022.

3                         McDONALD CARANO LLP

*Pat Lundvall*
_____
Pat Lundvall (NSBN 3761)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

The substitution of attorney is hereby approved and so ORDERED.


_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 29, 2022

3