# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TAHOE CABIN, LLC, et al.,

    Plaintiffs

v.

FEDERAL HIGHWAY ADMINISTRATION, et al.,

    Defendants

Case No.: 3:22-cv-00175-RCJ-CSD

**Order**

In the absence of a motion to stay citing specific authority supporting Defendants' position that they are not required to produce the administrative record until 90 days after any denial of their pending motion to dismiss[1] or until after they file their answer[2], Defendants shall produce the administrative record to Plaintiffs within **10 days** of the date of this Order.

The parties' competing proposed discovery plan and scheduling orders (ECF Nos. 35, 36) are **DENIED**. The parties shall file a status report within **30 days**. The status report shall address, among other relevant discovery matters, whether any extra-record discovery is necessary, and if so, the basis for such discovery.

**IT IS SO ORDERED**.

Dated: August 31, 2022

                                            Craig S. Denney
                                            United States Magistrate Judge

---

[1] *See* ECF No. 35 at 3.

[2] As asserted by the Government at the August 31, 2022 hearing.