# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAHOE CABIN LLC, a Nevada limited liability company; TAHIZZLE, LLC, a Nevada limited liability company; and PATRICK K. WILLIS, TRUSTEE OF THE PATRICK K. WILLIS FAMILY TRUST DATED MARCH 28, 2000,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, an agency of the United States Department of Transportation; AMY S. FOX, Division Director, Central Federal Lands Highway Division, in her official capacity; RYAN MATHIS, Central Federal Lands Highway Division, in his official capacity; and DOES 1-25,<br><br>Defendants. | Case No.: 3:22-cv-00175-RCJ-CSD<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Patrick K. Willis, Trustee of the Patrick K. Willis Family Trust Dated March 28, 2000, Tahizzle, LLC and Tahoe Cabin LLC ("Plaintiffs"), Defendants the Federal Highway Administration, an agency of the United States Department of Transportation, Amy S. Fox, Division Director, Central Federal Lands Highway Division, in her official capacity, Ryan Mathis, Central Federal Lands Highway Division, in his official capacity (collectively, "Federal Defendants"), and Defendants the Nevada Department of Transportation and Kristina Swallow, in her official capacity as Director of Nevada Department of Transportation, (collectively, the "State Defendants") stipulate and agree to

dismiss each cause of action alleged herein against State Defendants only, without prejudice, with each party to bear its own attorneys' fees and costs.

The parties therefore respectfully request that the Court enter an Order dismissing the State Defendants from this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 7th day of September 2022.

| McDONALD CARANO LLP | NEVADA ATTORNEY GENERAL |
|---|---|
| By: /s/ *Pat Lundvall*<br>Pat Lundvall (NSBN 3761)<br>John A. Fortin (NSBN 15221)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>lundvall@mcdonaldcarano.com<br>jfortin@mcdonaldcarano.com<br><br>*Attorneys for Plaintiffs Patrick K. Willis, Trustee of the Patrick K. Willis Family Trust Dated March 28, 2000, Tahizzle, LLC and Tahoe Cabin LLC* | By: /s/ *Joseph X. Vadala*<br>Shane S. Chesney<br>Senior Deputy Attorney General<br>Joseph X. Vadala<br>Nevada Attorney General<br>3014 West Charleston Boulevard<br>Suite 150<br>Las Vegas, NV 89102<br>702-730-3400<br>Email: schesney@ag.nv.gov<br>Email: jvadala@ag.nv.gov<br><br>*Attorneys for Defendants Nevada Department of Transportation, Kristina Swallow, in her official capacity as Director of Nevada Department of Transportation* |

Environment & Natural Resources Division

By: /s/ *Christopher M. Chellis*
Christopher M. Chellis
United States Department of Justice
Environment and Natural Resources Division
150 M Street, NE
Washington, DC 20002
202-305-0245
Email: christopher.chellis@usdoj.gov

Holly A. Vance
U.S. Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
775-784-5438
Email: Holly.A.Vance@usdoj.gov

*Attorneys for Defendants Federal Highway Administration, Amy S. Fox, Division Director, Central Federal Lands Highway Division, in her official capacity, Ryan Mathis, Central Federal Lands Highway Division, in his official capacity, United States Department of Agriculture, Thomas J. Vilsack, in his official capacity as Secretary of Agriculture, Forest Service Lake Tahoe Basin Management Unit, Erick Walker, in his official capacity as Forest Supervisor Lake Tahoe Basin Management Unit*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 7, 2022.