AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

TAHOE CABIN, LLC, a Nevada limited liability company; TAHIZZLE, LLC, a Nevada limited liability company; and PATRICK K. WILLIS, TRUSTEE OF THE PATRICK K. WILLIS FAMILY TRUST DATED MARCH 28, 2000,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION an agency of the United States Department of Transportation; AMY S. FOX, Division Director, Central Federal Lands Highway Division, in her official capacity; RYAN MATHIS, Central Federal Lands Highway Division, in his official capacity; and DOES 1-25

    Defendants.

JUDGMENT

Case Number:  3:22-cv-00175-RCJ-CSD

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the government's Motion to Dismiss (ECF No. 50) is **GRANTED**.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: February 14, 2023

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_